UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LISA HEATHER MARTIN,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No: 2:17-cv-496-FtM-38CM

COMMISSIONER OF SOCIAL
SECURITY and SSA,

    Defendants.
_____/

## ORDER[1]

Before the Court is United States Magistrate Judge Carol Mirando's Report and Recommendation. (Doc. 29). Judge Mirando recommends that Plaintiff Lisa Martin's Uncontested Petition for Equal Access to Justice Act Fees Pursuant to 28 U.S.C. § 2412(d) be granted. (Doc. 28). No party has objected to the Report and Recommendation, and the period to do so has lapsed. This matter is ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. *See* 28 U.S.C. § 636(b)(1); *see also Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C). The district judge

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

reviews legal conclusions *de novo*, even in the absence of an objection. See *Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After independently examining the file and upon consideration of Judge Mirando's findings and recommendation, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. 29) is **ACCEPTED** and **ADOPTED** and the findings incorporated herein.

2. Plaintiff Lisa Martin's Uncontested Petition for Equal Access to Justice Act Fees Pursuant to 28 U.S.C. § 2412(d) (Doc. 28) is **GRANTED**

    a. Attorney's fees in the total amount of $7,879.24 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d); and

    b. If the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, the Government accept Plaintiff's assignment of Equal Access to Justice Act fees and pay fees directly to Plaintiff's counsel.

3. The Clerk of Court is **DIRECTED** to enter judgment for Plaintiff as to attorney's fees in the total amount of $7,879.24 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

**DONE** and **ORDERED** in Fort Myers, Florida this 2nd day of October 2018.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record